JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ABRAMS, | ) CASE NO. CV 09-04512-MMM(SSx) |
| Plaintiff(s), | ) |
| vs. | ) ORDER DISMISSING CIVIL ACTION |
| PIONEER PROPERTIES, LLC ET AL, | ) |
| Defendant(s). | ) |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: July 30, 2010

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE