UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ABRAMS, as Assignee for the Benefit of Creditors of TRAILMOBILE PARTS & SERVICE CORPORATION, etc.,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>PIONEER PROPERTIES, LLC, etc., LEE WETZEL, etc., M.N. MORALES SERVICE & REPAIR CO., etc., M.N. Morales, Inc., etc., and MATTHEW MORALES, etc.,<br><br>　　　　　　Defendants. | CASE NO. CV 09–04512 MMM (SSx)<br><br>JUDGMENT FOR PLAINTIFF |

On June 23, 2009, David Abrams filed this action against defendants Pioneer Properties, LLC, Lee Wetzel, M.N. Morales Service & Repair Co., M.N. Morales, Inc., and Matthew Morales. The clerk entered the default of M.N. Morales Service & Repair Co., M.N. Morales, Inc., and Matthew Morales on November 6, 2009; plaintiff filed a motion for default judgment against M.N. Morales Service & Repair Co., M.N. Morales, Inc., and Matthew Morales on February 11, 2010. In an order dated January 24, 2011, the court granted plaintiff's application for default judgment against M.N. Morales Service & Repair Co., M.N. Morales, Inc., and Matthew Morales.[1] Accordingly,

---

[1] In the interim, Abrams, Pioneer and Wetzel resolved the claims against those parties.

IT IS ORDERED AND ADJUDGED that plaintiffs recover from defendants M.N. Morales Service & Repair Co., M.N. Morales, Inc., and Matthew Morales total damages of $54,814.72 for breach of contract, including $3,646.72 in attorneys' fees. This sum shall bear post-judgment interest at the rate of .27 percent.

DATED: January 24, 2011

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE